UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Holguin, a single man, | No. CV13-8147-PCT DGC |
| Plaintiff, | |
| v. | **ORDER** |
| Tam's Business, LLC, an Arizona corporation; et al., | |
| Defendants. | |

This matter coming before the Court on the parties' Stipulation for Dismissal (Doc. 27) and, good cause appearing therefor,

**IT IS HEREBY ORDERED** dismissing this lawsuit, in its entirety, with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 13th day of November, 2013.

_____
David G. Campbell
United States District Judge

1